IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
DEC - 3 2019
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: 3:19-mj-413 |
| v. | ORDER TO SEAL |
| | CRIMINAL COMPLAINT |
| (1) ELIO GARCIA GODINEZ | |
| (2) IVAN JARDON TRUJILLO | |
| (3) IVAN TRUJILLO GARCIA | |
| (4) ELEONEL CASTREJON GARCIA | |
| (5) ESTEFANI GARCIA SANDOVAL | |
| (6) LUIS DAVID BRAVO | |
| (7) MIGUEL BENITEZ CASTREJON | |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Motion to Seal and this Order, the Criminal Complaint and attached Affidavit be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Criminal Complaint be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of December, 2019.

_____
HONORABLE DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE